18067.　OWEN *v.* FEDERAL LAND BANK OF COLUMBIA.

</div>

JENKINS, P. J. "If the defendant has not been served, and does not appear, he may take advantage of the defect by affidavit of illegality; but if he has had his day in court, he can not go behind the judgment by an affidavit of illegality." Civil Code (1910), § 5311. *Patterson* v. *Georgia Gravel Co.,* 151 *Ga.* 813 (108 S. E. 237).

The affidavit of illegality in the instant case being based solely upon the ground that one of the jurors rendering the verdict upon which the judgment attacked is based was disqualified by reason of interest, and it not being alleged that the defendant had not been served, or that he had not had "his day in court," it was not error to dismiss the affidavit of illegality, on demurrer.

<div style="text-align:center">

*Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED NOVEMBER 17, 1927.

</div>

---

Executions, 23 C. J. p. 548, n. 74; p. 553, n. 80.

Affidavit of illegality of execution; from Gordon superior court —Judge Tarver. February 5, 1927.

*J. M. Lang,* for plaintiff in error. *A. L. Henson,* contra.